UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:12-cv-14347-DLG

RICHARD MCCULLEN, on his own behalf and others
similarly situated,

    Plaintiff,

v.

HOTEL EQUITIES GROUP, LLC, a Georgia limited
liability company, ,

    Defendant.
_____/

## AMENDED COMPLAINT

1.    Plaintiff, RICHARD MCCULLEN (hereinafter referred to as "Plaintiff"), was an employee of Defendant, HOTEL EQUITIES GROUP, LLC, a Georgia limited liability company (hereinafter referred to as "Defendant"), and brings this action on behalf of himself and other current employees and former employees of Defendant similarly situated to him for overtime compensation and other relief under the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. §216(b).

2.    During his employment with Defendant, Plaintiff was titled "Chief Maintenance."

3.    Plaintiff performed his duties at the Spring Hill Suites in Vero Beach, Indian River County, Florida, which is within the jurisdiction of this Court.

4.    Defendant, HOTEL EQUITIES GROUP, LLC is a Georgia limited liability company with a principal place of business in Atlanta, Georgia.  At all times material, HOTEL EQUITIES GROUP, LLC was authorized to do business in the state of Florida, and did so in Vero Beach, Indian River County, Florida, which is within the jurisdiction of this Court.

5. This action is brought to recover from Defendant overtime compensation, liquidated damages, and the costs and reasonable attorneys' fees of this action under the provisions of the FLSA, 29 U.S.C. §216(b).

6. Jurisdiction is conferred on this Court by 28 U.S.C. §1337 and by 29 U.S.C. § 216(b).

7. At all times material to this Complaint, Defendant, HOTEL EQUITIES GROUP, LLC, had two (2) or more employees who have regularly handled and/or otherwise worked with goods and/or materials that had been moved in or produced for commerce.

8. Based upon information and belief, the annual gross sales volume of HOTEL EQUITIES GROUP, LLC was in excess of $500,000.00 at all times material hereto.

9. At all times material to this Complaint, Defendant, HOTEL EQUITIES GROUP, LLC, was an enterprise engaged in interstate commerce or in the production of goods for commerce as defined by the FLSA, 29 U.S.C. §203(s).

10. Plaintiff regularly worked in excess of Forty (40) hours per week in one or more weeks during his employment with Defendant within the three (3) year statute of limitations.

11. Likewise, the other employees similarly situated to Plaintiff have regularly worked in excess of Forty (40) hours in one or more work weeks during their employment with Defendant on or after September 2009.

12. However, Defendant did not pay the employees time and one-half wages for all of the overtime hours worked. Instead, Defendant only paid Plaintiff and the similarly situated employees their salaries, with no additional compensation for the overtime hours worked because Defendant misclassified Plaintiff as exempt from the overtime provisions of the FLSA.

13. Plaintiff's primary duties were non-exempt in nature, and included painting, plumbing installation and repairs, electrical installation and repairs, and transporting passengers in Defendant's shuttle bus.

14. The additional persons who may become Plaintiffs in this action are Defendant's current and former salaried, misclassified employees, however titled, who have worked in excess of Forty (40) hours per week in one or more work weeks during or after September 2009, without being compensated at the rate of time and one-half of their applicable regular rates of pay for all of their overtime hours worked because Defendant misclassified them as exempt from the overtime provisions of the FLSA.

15. The complete records concerning the compensation actually paid to Plaintiff and the other similarly situated employees are in the possession, custody, and/or control of Defendant.

## COUNT I
## RECOVERY OF OVERTIME COMPENSATION

16. Plaintiff readopts and realleges the allegations contained in Paragraphs 1 through 15 above.

17. Plaintiff is entitled to be paid time and one-half of his regular rate of pay for each hour he worked for Defendant in excess of Forty (40) hours per work week during or after September 2009.

18. All similarly situated employees of Defendant are similarly owed their respective overtime rates for each overtime hour they worked, but were not properly paid by Defendant on or after September 2009.

19. Defendant knowingly and willfully failed to pay Plaintiff and the other employees similarly situated at time and one-half of their regular rate of pay for all hours worked in excess of Forty (40) per week within one or more weeks during the three (3) year statute of limitations.

20. By reason of the said intentional, willful and unlawful acts of Defendant, all Plaintiffs (the named Plaintiff and those similarly situated to him) have suffered damages plus incurred costs and reasonable attorneys' fees.

21. As a result of Defendant's willful violations of the Act, all Plaintiffs (the named Plaintiff and those similarly situated to him) are entitled to liquidated damages.

22. Plaintiff demands a jury trial.

23. Plaintiff has retained the undersigned counsel to represent him in this action, and pursuant to 29 U.S.C. §216(b), Plaintiff is entitled to recover all reasonable attorneys' fees and costs incurred in this action from Defendant.

WHEREFORE, Plaintiff, RICHARD MCCULLEN, and those similarly situated to him who have or will opt into this action, demands judgment against Defendant, HOTEL EQUITIES GROUP, LLC, for the payment of all overtime hours at one and one-half their regular rate of pay due them for the hours worked by them for which they have not been properly compensated, liquidated damages, reasonable attorneys' fees and costs of suit, and for all proper relief including prejudgment interest.

Dated: October 26, 2012
      Boca Raton, Florida

Respectfully submitted,

**/S/ CAMAR R. JONES**
CAMAR R. JONES (Fla. Bar No. 720291)
Email: cjones@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile:  (561) 447-8831
Attorneys for Plaintiff